VEITCH-PEREZ PARTS CORPORATION, Appellant, v. MOTO METER GAUGE AND EQUIPMENT CORPORATION, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

HENRY GUTTAG and JULIUS GUTTAG, Respondents, v. NATIONAL SURETY COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

PARKVIEW HOLDING CORPORATION, Appellant, v. ALCOR REALTY CORPORATION, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.; McAvoy, J., dissents and votes to reverse and grant judgment for plaintiff.

CATHERINE KELLY, Respondent, v. HERMANKOR REALTY, INCORPORATED, Appellant, Impleaded with Another, Defendant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.; McAvoy and Martin, JJ., dissent and vote to reverse and deny motion for summary judgment.

ELEANOR NAGEL, Respondent, v. HENRIETTA BLUM, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Respondent, v. BESSIE-LOUISE BANE and LOUISE BANE, an Infant, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

PHILIP J. FLAD, Appellant, v. F. HECHT & Co., INC., Respondent. (Action No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

SAM KLEIN, as Administrator, etc., of SYLVIA KLEIN, Deceased, and Others, Respondents, v. THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PETER MAHONEY, alias JOHN BROWN, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

BEA FICHTER, Respondent, v. CHASE NATIONAL BANK, Appellant.— Judgment affirmed, with costs. No opinion. Present — McAvoy, Martin, O'Malley and Townley, JJ.

IRVING TRUST COMPANY, as Trustee in Bankruptcy of the Estate of CARLBERN ENGINEERING AND CONSTRUCTION CORPORATION, Respondent, v. MANUFACTURERS TRUST COMPANY, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within ten days from service of order, upon payment of said costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.